IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES D. CRANDLE,<br>    Plaintiff, | : | |
| | : | |
| vs. | : | CIVIL ACTION 17-0140-JB-MU |
| | : | |
| MR. SINGLETON, *et a*l.,<br>    Defendants. | : | |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.   It is **ORDERED** that summary judgment is **GRANTED** in favor of Defendants Chaplin Mr. Singleton, Chapel Administrator Therese Brown, Mobile Area Interfaith Conference, and Mobile County, Alabama Sheriff Sam Cochran, and all claims presented by the Plaintiff are **DISMISSED** with prejudice.

**DONE** this 17th day of July, 2020.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE